UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>**Amy Elizabeth Valerio**,<br><br>  Defendant. | CASE NO.: 22CR0792-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing/Trial Setting scheduled for April 29, 2022 to June 3, 2022 at 1:30 p.m. is granted. Defendant shall file an acknowledgement of the new hearing date by April 29, 2022.

It is further ordered that time is excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: April 25, 2022

Hon. Janis L. Sammartino
United States District Judge